# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**EVERETT STOGNER**                                                **PLAINTIFF**

v.                                            **CASE NO. 1:18-cv-257-JCG**

**ANTHONY BEASLEY**                                      **DEFENDANT**
*Captain*

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order issued this date, final judgment is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's remaining claim, excessive force by Defendant Anthony Beasley, is dismissed without prejudice under 42 U.S.C. § 1997e(a) due to Plaintiff's failure to exhaust administrative remedies.

**SO ORDERED** this the 26th day of July, 2019.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE